# ORIGINAL

③
10/23/0
~~~

**FILED**
**HARRISBURG**

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

OCT 2 0 2000

MARY E. D'ANDREA, CLE
Per_____
DEPUTY CLERK

DEAN E. BERGSTRESSER,                    :

          Petitioner,                    :

     v.                                  :     **CIVIL ACTION NO.**
                                         :       00-CV-1713
                                         :      (Caldwell, U.S.D.J.;
ROBERT SHANNON, Superintendent,          :       Smyser, U.S.M.J.)
     etc., <u>et al.</u>,                :

          Respondents.                   :

### PETITIONER'S SUBMISSION OF VERIFICATION

     This petition for habeas corpus was filed by a state prisoner under 28 U.S.C. § 2254.  Rule 2(c) of the Federal Rules Governing Section 2254 Cases requires that the petition contain the petitioner's own signature, as do 28 U.S.C. § 2242 and Local Rule 83.32.1.  Although the petition was personally approved by the petitioner before filing, counsel were not able to obtain and include a signature page with the petition when filed. Counsel have now received the petitioner's signed Verification, which is attached to the original of this Submission for filing.

Dated:  October 18, 2000                    Respectfully submitted,

JOHN C. DOWLING                             PETER GOLDBERGER
JAMES H. CAWLEY                             50 Rittenhouse Place
Rhoads & Sinon LLP                          Ardmore, PA  19003-2276
P.O. Box 1146
Harrisburg, PA  17108-1146                    (610) 649-8200
  (717) 233-5731
                                            <u>Co-Counsel for Petitioner</u>

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

DEAN E. BERGSTRESSER,                        :

       Petitioner,                        :

    V.                                      :

ROBERT SHANNON, Superintendent,             :
SCI Mahanoy; DISTRICT ATTORNEY              :
of Potter County; and the ATTORNEY
GENERAL of Pennsylvania,                    :

       Respondents.                       :

**CIVIL ACTION NO.**

00-CV- _17/3_ _____

### VERIFICATION

Pursuant to 28 U.S.C. §§ 1746 and 2242 and Fed.R.Gov. 2254 Proc. 2(c), Dean E. Bergstresser declares, under penalty of perjury, that:

1.  I have read the foregoing Petition for Habeas Corpus Relief, in which I am the applicant-petitioner.

2.  I know that the factual allegations contained in the motion are true.

3.  With respect to any facts alleged in the motion upon information and belief, I believe these factual allegations to be true.

4.  With respect to (A. Ground One, Supporting FACTS), I do not concede to the Superior or Lower Courts adoption of the facts viewed in the light most favorable to the Commonwealth.

5.  I declare under penalty of perjury that this Verification is true and correct.

Dated: _9/25_ ,2000,
at Frackville, PA

_Dean E. Bergstresser_
DEAN E. BERGSTRESSER