

*See Attachment*

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ORIGINAL

DEAN E. BERGSTRESSER,            :        CIVIL NO. **1:00-CV-1713**
                                 :
            Petitioner           :        (Judge Caldwell)
                                 :
            v.                   :        (Magistrate Judge Smyser)
                                 :
ROBERT SHANNON,                  :
Superintendent;                  :
DISTRICT ATTORNEY OF POTTER      :
COUNTY; and the ATTORNEY         :
GENERAL OF PENNSYLVANIA,         :        **FILED**
                                 :        HARRISBURG, PA
            Respondents          :
                                 :        OCT 2 3 2000

                        ORDER     MARY E. D'ANDREA, CLERK
                                  Per_____
                                              Deputy Clerk


     Petitioner having paid the $5.00 filing fee, **IT IS**

**ORDERED** that:


     1.   The Clerk is directed forthwith to serve a copy of

the petition and this Order by certified mail on the Attorney

General of the Commonwealth of Pennsylvania and the District

Attorney of Potter County, Pennsylvania.

AO 72A

2.   Respondents, on or before November 3, 2000, shall respond to the petition for writ of habeas corpus in the manner required by Rule 5, 28 U.S.C.A. foll. §2254:

The answer shall respond to the allegations of the petition.  In addition it shall state whether the petitioner has exhausted his state remedies including any post-conviction remedies available to him under the statutes or procedural rules of the state and including also his right of appeal both from the judgment of conviction and from any adverse judgment or order in the post-conviction proceeding.  The answer shall indicate what transcripts (of pretrial, trial, sentencing, and post-conviction proceedings) are available, when they can be furnished, and also what proceedings have been recorded and not transcribed.  There shall be attached to the answer such portions of the transcripts as the answering party deems relevant.  The court on its own motion or upon request of the petitioner may order that further portions of the existing transcripts be furnished or that certain portions of the nontranscribed proceedings be transcribed and furnished.  If a transcript is neither available nor procurable, a narrative summary of the evidence may be submitted.  If the petitioner appealed from the judgment of conviction or from an adverse judgment or order in a post-conviction proceeding, a copy of the petitioner's brief on appeal and of the opinion of the appellate court, if any, shall also be filed by the respondent with the answer.

3.   A determination as to whether there will be a hearing will be made after the filing of a response.

2

4.    Petitioner may, if he so desires, file a reply to the response within ten (10) days of its filing.

5.    The Clerk is directed to note the address of the District Attorney of Potter County, Pennsylvania, on the front of the docket sheet in this case.  All documents filed by the parties and by the Court shall be served upon the District Attorney and the Office of Attorney General.

J. Andrew Smyser
Magistrate Judge

Dated:    October 23 2000.

3

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICAT[...]

October 23, [...]

Re:  1:00-cv-01713   Bergstresser v. Shan[...]

True and correct copies of the attached w[...]
to the following:

Peter Goldberger, Esq.
50 Rittenhouse Place
Ardmore, PA  19003-2276

cc:
Judge                        ( )
Magistrate Judge             ( )
U.S. Marshal                 ( )
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( ) with N/C attac[...]
                                 U.S. Marshal ([...]
Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition [...]
                                 to:  US Atty G[...]
                                      DA of County  ( )  Respondents ( )
Bankruptcy Court             ( )
Other_____        ( )

MARY E. D'ANDREA, Clerk

DATE: _____10/23/00_____

BY: _____
Deputy Clerk

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage       $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees   $

Postmark
Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage       $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees   $

Postmark
Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Michael Fisher
Street, Apt. No.; or PO Box No.
City, State

PS Form 3800, February 2000          See Reverse for Instructions