## Certified Mail Return Receipts

**Receipt 1:**
- Received by: THOMAS BURNS
- Date of Delivery: 10-24-00
- Signature: Thomas Burns (Agent)
- Article Addressed to:
  Robert Shannon, Supt.
  SCI Mahanoy
  301 Morea Road
  Frackville, Pa. 17931

**Receipt 2:**
- Received by: DENISE MILLER
- Signature: Denise Miller (Agent)
- Article Addressed to:
  Jeff Leber, Dist. Atty.
  of Potter County
  One East Third St.
  Couldersport, Pa. 16915

**Receipt 3:**
- Date of Delivery: OCT 24 2000
- Article Addressed to:
  Michael Fisher, Pa. Attorney General
  15th Floor, Strawberry Square
  Harrisburg, Pa. 17120
- Service Type: Certified Mail

**Receipt 4:**
- Date of Delivery: OCT 24 2000
- Article Addressed to:
  Mr. Francis Filipi, Deputy Attorney General
  15th Floor, Strawberry Square
  Harrisburg, Pa. 17120

2. Article Number: 1-CV-00-1713

---

**FILED**
**HARRISBURG**

OCT 25 2000

MARY E. D'ANDREA, CLERK
Per _____ S/S _____
DEPUTY CLERK

1-00-CV-1713

S. Cause o[f]

og 10/23/