AO 85 (Rev. 8/97) Notice, Consent, and Order of Reference – Exercise of Jurisdiction by a United States Magistrate Judge

*See Attachment*

# UNITED STATES DISTRICT COURT
**Middle** District of **Pennsylvania**

Dean E. Bergstresser
Plaintiff

Robert Shannon, etc., et al.
Defendants

NOTICE, CONSENT, AND ORDER OF REFERENCE – EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Case Number: 00-CV-1713

FILED HARRISBURG
NOV 21 2000
MARY E. D'ANDREA, C
Per _____
DEPUTY CLERK

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ.P. 73, you are hereby notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| [signature] | respondents | 11/2/00 |
| [signature] Goldberg | petitioner | 11/10/00 |
| | | |

FILED
HARRISBURG, PA
NOV 21 2000
MARY E. D'ANDREA, CLERK
[signature] Deputy Clerk

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to **J. Andrew Smyser**, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c) Fed.R.Civ.P. 73 and the foregoing consent of the parties.

Nov. 21, 2000
Date

William W. Caldwell
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

November 21, 2000

Re:   1:00-cv-01713     Bergstresser v. Shannon

True and correct copies of the attached were mailed by the clerk to the following:

```
Peter Goldberger, Esq.
50 Rittenhouse Place
Ardmore, PA  19003-2276

Jeffrey E. Leber, Esq.
1 East 3rd Street
P.O. Box 429
Coudersport, PA  16915

District Attorney of Potter County
1 East 3rd Street
Loudersport, PA  16915

Attorney General of Commonwealth
Office of the Attorney General
15th Floor, Strawberry Square
Harrisburg, PA  17120
```

```
cc:
Judge                             (/)
Magistrate Judge                  (/)
U.S. Marshal                      ( )
Probation                         ( )
U.S. Attorney                     ( )
Atty. for Deft.                   ( )
Defendant                         ( )
Warden                            ( )
Bureau of Prisons                 ( )
Ct Reporter                       ( )
Ctroom Deputy                     ( )
Orig-Security                     ( )
Federal Public Defender           ( )
Summons Issued                    ( ) with N/C attached to complt. and served by:
                                      U.S. Marshal ( )     Pltf's Attorney ( )
Standard Order 93-5               ( )
Order to Show Cause               ( ) with Petition attached & mailed certified mail
                                      to:  US Atty Gen   ( )    PA Atty Gen ( )
```

DA of County ( ) Respondents ( )

Bankruptcy Court ( )
Other__________________( )

MARY E. D'ANDREA, Clerk

DATE: 11/21/00

BY: [signature]
Deputy Clerk