See Attach...

FILED
HARRISBURG, PA

NOV 2 2 2000

MARY E. D'ANDREA, CLER
Per _____
        Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DEAN E. BERGSTRESSER, :
    Petitioner, :
v. : CIVIL ACTION NO.
  : 00-CV-1713
  : (Caldwell, U.S.D.J.;
ROBERT SHANNON, Superintendent, : Smyser, U.S.M.J.)
  etc., et al., :

## O R D E R

AND NOW, this 22nd day of November, 2000, upon consideration of the petitioner's consent Motion to Extend Time to File Reply Memorandum, and the Court's being fully advised, IT IS ORDERED that the motion (Doc. 9) is GRANTED. The petitioner's reply memorandum may be filed on or before December 5, 2000.

BY THE COURT:

_____
J. ANDREW SMYSER, U.S.M.J.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

November 22, 2000

Re:   1:00-cv-01713   Bergstresser v. Shannon

True and correct copies of the attached were mailed by the clerk to the following:

    Peter Goldberger, Esq.
    50 Rittenhouse Place
    Ardmore, PA   19003-2276

    Jeffrey E. Leber, Esq.
    1 East 3rd Street
    P.O. Box 429
    Coudersport, PA   16915

    District Attorney of Potter County
    1 East 3rd Street
    Loudersport, PA   16915

    Attorney General of Commonwealth
    Office of the Attorney General
    15th Floor, Strawberry Square
    Harrisburg, PA   17120

```
cc:
Judge                         ( )
Magistrate Judge              (✓)
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )  with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )  with Petition attached & mailed certified mail
                                   to:  US Atty Gen   ( )   PA Atty Gen ( )
```

|  |  |
|---|---|
| Bankruptcy Court ( ) | DA of County ( )   Respondents ( ) |
| Other_____ ( ) | MARY E. D'ANDREA, Clerk |

DATE: 11/22/00

BY: /s/ _____
       Deputy Clerk