See Attachment

12
12/7/00

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEAN E. BERGSTRESSER, : | CIVIL NO. 1:00-CV-1713 |
| : | |
| Petitioner : | (Judge Caldwell) |
| : | |
| v. : | (Magistrate Judge Smyser) |
| : | |
| ROBERT SHANNON, : | |
| Superintendent; : | FILED |
| DISTRICT ATTORNEY OF POTTER : | HARRISBURG, PA |
| COUNTY; and the ATTORNEY : | |
| GENERAL OF PENNSYLVANIA, : | DEC 0 6 2000 |
| : | |
| Respondents : | MARY E. D'ANDREA, CLERK |
| | Per_____ Deputy Clerk |

<u>ORDER</u>

**IT IS ORDERED** that the respondent shall file a copy of the trial transcript on or before December 20, 2000.

J. Andrew Smyser
Magistrate Judge

Dated: December 6, 2000.

AO 72A

Case 1:00-cv-01713-JAS    Document 12    Filed 12/06/2000    Page 2 of 3

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 6, 2000

Re:  1:00-cv-01713  Bergstresser v. Shannon

True and correct copies of the attached were mailed by the clerk to the following:

    Peter Goldberger, Esq.
    50 Rittenhouse Place
    Ardmore, PA  19003-2276

    Jeffrey E. Leber, Esq.
    1 East 3rd Street
    P.O. Box 429
    Coudersport, PA  16915

    District Attorney of Potter County
    1 East 3rd Street
    Loudersport, PA  16915

    Attorney General of Commonwealth
    Office of the Attorney General
    15th Floor, Strawberry Square
    Harrisburg, PA  17120

```
cc:
Judge                            ( )
Magistrate Judge                 (/)
U.S. Marshal                     ( )
Probation                        ( )
U.S. Attorney                    ( )
Atty. for Deft.                  ( )
Defendant                        ( )
Warden                           ( )
Bureau of Prisons                ( )
Ct Reporter                      ( )
Ctroom Deputy                    ( )
Orig-Security                    ( )
Federal Public Defender          ( )
Summons Issued                   ( )  with N/C attached to complt. and served by:
                                      U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5              ( )
Order to Show Cause              ( )  with Petition attached & mailed certified mail
                                      to: US Atty Gen ( )    PA Atty Gen ( )
```

|  |  |  |  |
|---|---|---|---|
| | | DA of County ( ) | Respondents ( ) |
| Bankruptcy Court | ( ) | | |
| Other _____ | ( ) | | |

MARY E. D'ANDREA, Clerk

DATE: __12/6/00__    BY: _____
                           Deputy Clerk