# RHOADS & SINON LLP

ROBERT H. LONG, JR.*
SHERILL T. MOYER
JAN P. PADEN
RICHARD B. WOOD
LAWRENCE B. ABRAMS III*
J. BRUCE WALTER
JOHN P. MANBECK
FRANK J. LEBER
PAUL A. LUNDEEN
JACK F. HURLEY, JR.
DAVID B. DOWLING
DAVID F. O'LEARY
DAVID O. TWADDELL
CHARLES J. FERRY
STANLEY A. SMITH
JENS H. DAMGAARD*
DRAKE D. NICHOLAS
THOMAS A. FRENCH
DEAN H. DUSINBERRE
DONNA M.J. CLARK
CHARLES E. GUTSHALL
PAUL F. WESSELL

SHAWN D. LOCHINGER
JAMES H. CAWLEY
DEAN F. PIERMATTEI
KENNETH L. JOEL
DEBRA M. KRIETE
LORI J. McELROY
TODD J. SHILL
THOMAS J. NEHILLA
KEVIN M. GOLD
CARL D. LUNDBLAD
JAMES E. ELLISON
RICHARD E. ARTELL
ROBERT J. TRIBECK
TIMOTHY J. NIEMAN
PAUL J. BRUDER, JR.
JOANNE BOOK CHRISTINE
SUSAN E. SCHWAB
AMY J. MENDELSOHN*
MICHAEL W. WINFIELD
KATHRYN G. SOPHY
STEPHANIE E. DIVITTORE
KIMBERLY L. SNELL-ZARCONE

*ALSO ADMITTED TO THE FLORIDA BAR

ATTORNEYS AT LAW
TWELFTH FLOOR
ONE SOUTH MARKET SQUARE
P.O. BOX 1146
HARRISBURG, PA 17108-1146

TELEPHONE (717) 233-5731

FAX (717) 231-6637
EMAIL czucaro@rhoads-sinon.com

January 23, 2001

OF COUNSEL
FRANK A. SINON
HENRY W. RHOADS
JOHN C. DOWLING
R. STEPHEN SHIBLA

PAUL H. RHOADS
1907-1984
JOHN M. MUSSELMAN
1919-1980
CLYDE R. HENDERSHOT
1922-1980

DIRECT DIAL NO.
233-6700

FILE NO.
2135/01

Re:  **Dean E. Bergstresser v. Robert Shannon, Superintendent, District Attorney of Potter County and the Attorney General of Pennsylvania (Civil No. 1:00-CV-1713)**

J. Andrew Smyser, Magistrate Judge
U.S.D.C. Middle District of Pennsylvania
Federal Building
Harrisburg, PA 17108

**FILED
HARRISBURG

JAN 2 6 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK**

Dear Judge Smyser:

I write to respectfully request that you reconsider that portion of your Order of January 9, 2001 which denied my client Dean E. Bergstresser a certificate of appealability.

I hope you will agree that our petition for writ of habeas corpus was not the typical knee-jerk reaction to unsuccessful state court proceedings but presented unique, complex and unresolved issues. I am certainly not in this context attempting to assert your opinion was in error but merely to submit that such matters are particularly ripe for Federal Appellate review.

I would emphasize our assertion in Ground five that the trial counsel was ineffective in not objecting to the vouching testimony of the District Attorney of Potter County. Your opinion (page 31) finds "faulty advocacy" which, however, does not rise to prejudicial status since Bergstresser was not convicted of a higher degree of murder and that if he had a "different finding as to prejudice would seemingly be warranted". But Dean was convicted of aggravated assault which the Pennsylvania Supreme Court in *Commonwealth v. O'Hanlon*, 653 A.2d 616 (1995) characterized as the functional equivalent of a murder in which for some reason death fails to occur. Moreover, Mr. Bergstresser was sentenced to a maximum of 16 years, which is within the sentencing range of a third-degree murder conviction.

Mr. Bergstresser's family has extremely limited financial resources and a certificate of appealability would certainly expedite the Circuit Court's review of the matter.

374797.1

YORK:
TELEPHONE (717) 843-1718, FAX (717) 232-1459

AFFILIATED OFFICE:
CHARLES L. SIECK, ESQUIRE
STE. 203, 1700 S. DIXIE HWY, BOCA RATON, FL 33432
TELEPHONE (561) 395-5595, FAX (561) 395-9497

LANCASTER:
TELEPHONE (717) 397-4431, FAX (717) 232-1459

**RHOADS & SINON LLP**

J. Andrew Smyser, Magistrate Judge
January 23, 2001
Page 2

    Your favorable consideration of this request is most earnestly sought.

        Respectfully Yours,

        RHOADS & SINON LLP

    By: *[signature]*
        John C. Dowling

JCD/clz

cc:    Jeffrey E. Leber, District Attorney