see at

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DEAN E. BERGSTRESSER,                :   CIVIL NO. 1:00-CV-1713
                                     :
         Petitioner                  :   (Judge Caldwell)
                                     :
    v.                               :   (Magistrate Judge Smyser)
                                     :
ROBERT SHANNON,                      :
Superintendent;                      :
DISTRICT ATTORNEY OF POTTER          :
COUNTY; and the ATTORNEY             :           FILED
GENERAL OF PENNSYLVANIA,             :        HARRISBURG, PA
                                     :
         Respondents                 :          JAN 2 6 2001

                                           MARY E. D'ANDREA, CLERK
                                           PER_____
                                                    DEPUTY CLERK

## ORDER

The petitioner has submitted a letter request for reconsideration of the determination that a certificate of appealability shall not issue. This letter shall be considered as a motion for reconsideration pursuant to LR 7.10.

"The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence." *Harsco Corp. v. Zlotnicki*, 779 F.2d 906, 909 (3d Cir. 1985). In the interest of finality, courts

AO 72A
(Rev 8/82)

should grant motions for reconsideration sparingly. *Rottmund v. Continental Assurance Co.*, 813 F. Supp. 1104, 1107 (E.D.Pa. 1992).

The question whether to issue a certificate of appealability has again been considered in the light of the standard discussed in *Slack v. McDaniel*, 120 S.Ct. 1595 (2000). This court remains of the opinion that a certificate of appealability should not issue by application of the standard for the consideration of that question.

**IT IS ORDERED** that the letter of January 23, 2001 from the petitioner's counsel is construed as a motion for reconsideration of the Order of January 9, 2001 denying the petition for a writ of habeas corpus, and that the motion is **DENIED**.

_____
J. Andrew Smyser
Magistrate Judge

Dated: January 26, 2001.

2

```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                           January 26, 2001


Re:  1:00-cv-01713    Bergstresser v. Shannon


True and correct copies of the attached were mailed by the clerk
to the following:


     Peter Goldberger, Esq.
     50 Rittenhouse Place
     Ardmore, PA   19003-2276

     Jeffrey E. Leber, Esq.
     1 East 3rd Street
     P.O. Box 429
     Coudersport, PA   16915

     District Attorney of Potter County
     1 East 3rd Street
     Loudersport, PA   16915

     Attorney General of Commonwealth
     Office of the Attorney General
     15th Floor, Strawberry Square
     Harrisburg, PA   17120




cc:
Judge                           ( )
Magistrate Judge                (✓)
U.S. Marshal                    ( )
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )    PA Atty Gen ( )
```

```
                                    DA of County  (  )    Respondents (  )
Bankruptcy Court         (  )
Other_____(  )
                                              MARY E. D'ANDREA, Clerk

     DATE:  ___1-26-01___              BY: _____
                                              Deputy Clerk
```