ORIGINAL

(18)
2-9-01
5c

FILED
HARRISBURG

FEB 8 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DEAN E. BERGSTRESSER,
    Petitioner,

v.

ROBERT SHANNON, SUPERINTENDENT
OF SCI MAHANOY; DISTRICT ATTORNEY OF
POTTER COUNTY; and ATTORNEY GENERAL
OF THE COMMONWEALTH OF PENNSYVANIA,
    Respondents.

CIVIL ACTION
NO. 00-CV-1713

(Smyser, U.S.M.J.)

NOTICE OF APPEAL

The petitioner, Dean E. Bergstresser, appeals to the United States Court of Appeals for the Third Circuit from the order filed January 9, 2001, and entered on the docket January 10, 2001, denying his petition for a writ of habeas corpus.

Dated:  February 7, 2001

JOHN C. DOWLING
JAMES H. CAWLEY
Rhoads & Sinon LLP
P.O. Box 1146
Harrisburg, PA  17108-1146
    (717) 233-5731

Respectfully submitted,

PETER GOLDBERGER
50 Rittenhouse Place
Ardmore, PA  19003-2276

(610) 649-8200

Co-Counsel for Petitioner

cc:  Jeff Leber, Esq.
     District Att'y, Potter County
    Hon. J. Andrew Smyser, U.S.M.J. (per 3d Cir. LAR 3.1)