INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

DEAN E. BERGSTRESSER
    Petitioner/Appellant

v.

ROBERT SHANNON, et al.
    Respondents/Appellees

Dist. Ct. Docket # 1:00-CV-1713

(Magistrate Judge J. Andrew Smyser)

Ct. of Appeals Docket #_____

NOTICE OF APPEAL FILED 2/08/01   COURT REPORTERS: No

FILING FEE:
| | | | |
|---|---|---|---|
| Notice of Appeal | X Paid | ___ Not Paid | ___ Seaman |
| Docket Fee | X Paid | ___ Not Paid | ___ US or Govt. |

CJA Appointment: (Attach copy of order) N/A
___ Private Attorney
___ Defender Association or Federal Public Defender
___ Motion Pending

Leave to proceed In Forma Pauperis status, if applicable (attach copy of order)
___ Motion Granted In First Instance
___ Denied
___ Motion pending before district judge

Certificate of probable cause (state habeas corpus) (attach copy of order) N/A
___ Granted
___ Denied
___ Pending

MOTIONS CURRENTLY PENDING : No

COPIES TO:
Magistrate Judge J. Andrew Smyser
Jeffrey E. Leber, Esquire
File Copy

Peter Goldberger, Esquire
Attorney General of PA

**FILED**
HARRISBURG, PA

FEB 14 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

DATED: February 9, 2001

Shawna L. Cihak
Deputy Clerk

*Please return the enclosed copy of this letter as your acknowledgment of receipt.*

dmc 2-12-01