OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

MARY E. D'ANDREA
Clerk of Court

FILED
HARRISBURG
MAR 0 6 2001
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

(717) 221-3920
FAX (717) 221-3959

March 1, 2001

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106

RECEIVED
MAR - 2 2001
U.S.C.A. 3rd. CIR.

IN RE:   Bergstresser vs. Shannon, et al.
         Appeal No. 01-1356
         Civil Action No. 1:CV-00-1713

Dear Mr. Sisk:

Enclosed please find:

   X   One certified copy of the docket entries to be filed as
       the Certified List in Lieu of the Record.

       Actual Record with one certified copy and one uncertified copy
       of docket entries.

       One certified copy of docket entries to be filed as the Certified
       List in Lieu of the _____ Supplemental Record.

       Actual_____ Supplemental Record with one certified copy and
       one uncertified copy of docket entries.

   Please acknowledge receipt for same on the enclosed duplicate copy of this
letter and return to this office.

                                        Very truly yours,

                                        MARY E. D'ANDREA, CLERK

                                        Ann Severino-Michael
                                        Deputy Clerk