OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

_Middle Dist.- Harrisburgh_ Clerk of District Court      Date _12/26/01_
(District)

_Bergstresser vs. Shannon_                C. of A. No. _01-1356_
(Caption)

_Dean E. Bergstresser_
(Appellant)

_00-cv-01713_ _Mag J. Smyser_
(D.C. No.)

RECEIVED
HARRISBURG, PA

JAN 0 2 2002

MARY E. D'ANDREA, CLERK
Per _S/S_

Enclosures:

_12/26/01_         Certified copy of C. of A. Order by the **Court/Clerk**
(Date)

* __XXXX__   Record Returned

* _____ First Supplemental Record Returned

* _____ Exhibits

* _____ State Court Record

__XXXX__   Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s)_____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

_Patricia Caprice_ (267)-299-_4915_
Deputy Clerk      Telephone Number

* _Arlinda Bush_ (267)-299-_4912_
Record Processor   Telephone Number

_12/28/01_

Receipt Acknowledge:

_ack'd_
(Name)
_1-2-02_
(Date)
Rev. 3/13/00
Appeals (Record)

CPS-51                                                              December 6, 2001

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **01-1356**

DEAN E. BERGSTRESSER

v.

ROBERT SHANNON, Superintendent, et al.

(M.D. Pa. Civ. No. 00-cv-01713)

**FILED JAN 0 2 2002** — PER _____ HARRISBURG, PA DEPUTY CLERK

Present: SCIRICA, AMBRO and STAPLETON, <u>Circuit</u> Judges

    Submitted are

(1)    Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1); and

(2)    Appellee's response

in the above-captioned case.

                                             Respectfully,

                                             Clerk

MMW/SR

_____ORDER_____

The foregoing request for a certificate of appealability is denied because, for essentially the same reasons as those given by the District Court, we find that the appellant has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

A True Copy:                                  By the Court,

_____                 _____
Marcia M. Waldron, Clerk                              Circuit Judge

DATED: December 26, 2001

lwc/cc : Peter Goldberger, Esq.
             Jeffrey E. Leber, Esq.