OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215/597-2995

_Middle PA (Harrisburg)_ Clerk of District Court    Date  2/12/02
  (District)

_Bergstresser v. Shannon_    C. of A. No. 01-1356
  (Caption)

_Dean E. Bergstresser_
  (Appellant)

_Civil No. 00-cv-01713 (JAS)_   Mag. J. Smyser
  (D.C. No.)

Enclosures:

  2/12/02                    Certified copy of C. of A. Order by the Court/XXXXX
  (Date)

* _____  Record

* _____  Supplemental Record

* _____  Exhibits

* _____  State Court Record

___X___   Copy of this form to acknowledge receipt and return to C. of A.

_____   Record not returned at this time until appeal(s) closed at No.(s)_____

___X___   Please forward Record to this office.

_____   The certified copy of order issued as the mandate on_____ is recalled.

RECEIVED FEB 1 4 2002 PER ____ HARRISBURG, PA. DEPUTY CLERK

_____ (267)-299-_4916_
Case Manager    Telephone Number

*_____ (267)-299-_____
Record Processor   Telephone Number

Receipt Acknowledge:
  _ack'd_
  (Name)
  _2/14/02_ BTB
  (Date)

Rev. 3/8/95
Appeals (Record)

February 11, 2002
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **01-1356**

DEAN E. BERGSTRESSER

v.

ROBERT SHANNON, Superintendent, et al.

(M.D. Pa. Civ. No. 00-cv-01713)



Present:   SCIRICA, AMBRO and STAPLETON, <u>CIRCUIT JUDGES</u>

> Submitted is appellant's petition for rehearing with regard to the denial of his request for a certificate of appealability
>
> in the above-captioned case.
>
> Respectfully,
>
> Clerk

**FILED**
HARRISBURG, PA
FEB 1 4 2002
MARY E. D'ANDREA, CLERK
Per _____

MMW/SR

_____ORDER_____

The foregoing motion is granted. A certificate of appealability is issued with respect to these issues only: whether trial counsel was ineffective in failing to object to the district attorney's improper testimony, whether the Double Jeopardy Clause requires vacatur of the appellant's assault conviction, and whether the inconsistency between the verdicts concerning aggravated assault and involuntary manslaughter deprived the appellant of his right to Due Process.

A True Copy:

_____
Marcia M. Waldron,
Clerk

By the Court,

_____
Circuit Judge

Dated: 12 FEB 2002

AM/cc: PC
       JEL