cc: MJ Smyser   Pa Dept Corrections
mr. Bergstresser via Atty
Peter Goldberger
Jeffrey Liber
Porter Co DA
Atty Gen. of PA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DEAN E. BERGSTRESSER,            :    CIVIL NO. 1:00-CV-1713
                                 :
              Petitioner         :
        v.                       :    (Magistrate Judge Smyser)
                                 :
ROBERT SHANNON,                  :
Superintendent, et al.,          :
              Respondents        :

FILED
HARRISBURG, PA

**WRIT OF HABEAS CORPUS**          JAN 08 2003

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

AND NOW, this 8th day of January, 2003, upon the Order of January 7, 2003 of the United States Court of Appeals for the Third Circuit approving the Stipulation of the Parties for Summary Disposition, the Stipulation for Summary Disposition dated December 17, 2002, and the Order of the Court of Appeals dated January 8, 2003,[1] **IT IS HEREBY ORDERED** that an absolute writ of habeas corpus is issued as to the count charging

---

[1] The Court's Order states: "Per the direction of the Court and upon review of the parties' stipulation for summary disposition, it is hereby **ORDERED** that the matter is remanded to the District Court with direction to enter an absolute writ of habeas corpus as to the count charging aggravated assault and releasing petitioner Dean E. Bergstresser from respondents' custody entirely on that count. It is further **ORDERED** that the District Court is directed to enter a conditional writ of habeas corpus on the balance of the charges and releasing petitioner from respondents' custody unless petitioner is resentenced on those counts by the Court of Common Pleas on or before January 14, 2003, in accordance with the agreement of the parties."

AO 72A
(Rev.8/82)

aggravated assault and that the respondents are directed to release the petitioner, Dean E. Bergstresser, from custody entirely on that count.  **IT IS FURTHER ORDERED** that a conditional writ of habeas corpus is issued on the balance of the charges and that the respondents are directed to release the petitioner, Dean E. Bergstresser, from custody on those counts unless the petitioner is resentenced on those counts by the Court of Common Pleas on or before January 14, 2003.

                                                          */s/ J. Andrew Smyser*
                                                        J. Andrew Smyser
                                                        Magistrate Judge

DATED: January __8__, 2003.